(Docket Entry Nos. 4, 10, 42)

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ALI WARIS,<br><br>           Plaintiff,<br><br>v.<br><br>PAUL ORMOND, et al.,<br><br>           Defendants. | Civil No. 08-5709 (RBK)<br><br>**ORDER** |

THIS MATTER having come before the Court upon Plaintiff Ali Waris's Motion to Remand (Dkt No. 4), Motion for Sanctions (Dkt. No. 10), and Second Motion to Remand and for Sanctions (Dkt. No. 42); and the Court having considered the papers submitted by the parties; and for the reasons expressed in the Opinion issued this date;

IT IS HEREBY ORDERED that Plaintiff's motion to remand is GRANTED and that this case is REMANDED to the Chester County Court of Common Pleas; and it is further

ORDERED that Plaintiff's request for fees and costs pursuant to 28 U.S.C. § 1447(c) is DENIED; and it is further

ORDERED that Plaintiff's motion for sanctions is DENIED.


Dated: 7-27-09

                                                               ROBERT B. KUGLER
                                                               United States District Judge